| | |
|---|---|
| 1 | Travis Guevara Kasper, Esq. (SBN# 264553) |
| 2 | **Kasper Law** |
| | 714 W. Olympic Blvd., Suite 450 |
| 3 | Los Angeles, CA 90015 |
| | Phone: (213) 632-9697  | Fax: (213) 568-4626 |
| 4 | Travis@kasperlaw.com |
| 5 | |
| 6 | Attorneys for Plaintiff, |
| 7 | HILTON HEAD FINANCE, LLC, HILTON HEAD PROPERTIES, INC., MLE PARTNERS, LLC, GRE |
| 8 | HOLDINGS, LLC, SF ESTATE INVESTMENTS, LLC, |
| 9 | MINSK FINANCE, LLC, and GP ACQUISITIONS, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILTON HEAD FINANCE, LLC, HILTON HEAD PROPERTIES, INC., MLE PARTNERS, LLC, GRE HOLDINGS, LLC, SF ESTATE INVESTMENTS, LLC, MINSK FINANCE, LLC, and GP ACQUISITIONS, LLC | | Case No: |
| | Plaintiff, | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |
| vs. | | **[FED. R. CIV. P 7.1]** |
| LANE TOPLETZ, DENNIS TOPLETZ, TOPLETZ INVESTMENTS, STEVEN K TOPLETZ, CASEY TOPLETZ AND VICKI TOPLETZ, DVS INVESTMENTS, LLC; ESTATE OF JACK TOPLETZ; ESTATE OF HAROLD TOPLETZ and DOES 1 through 10, inclusive | | |
| | Defendants. | |

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for all Plaintiffs, certifies the following based on current knowledge:

1. Plaintiff Hilton Head Finance, LLC (a Colorado limited liability company) is the parent company of Hilton Head Properties, LLC; MLE Partners, LLC, and SF Estate Investments, LLC; and has no parent companies or ownership by any publicly traded companies.

2. Plaintiff SF Estate Investments, LLC (a Colorado limited liability company) has no parent companies or ownership by any publicly traded companies.

3. Plaintiff Minsk Finance, LLC (a Colorado limited liability company) has no parent companies or ownership by any publicly traded companies.

4. Plaintiff GP Acquisitions, LLC (a Colorado limited liability company) has no parent companies or ownership by any publicly traded companies.

5. Plaintiff GRE HOLDINGS, LLC (a Colorado limited liability company) has no parent companies or ownership by any publicly traded companies.

DATED: October 4, 2015

By: _____/S/Travis Kasper_____
Travis Kasper, Esq.
KASPER LAW
Attorney for Plaintiffs,
Hilton Head Finance, LLC, Hilton Head Properties, Inc., MLE Partners, LLC, GRE Holdings, LLC, SF Estate Investments, LLC, Minsk Finance, LLC and GP Acquisitions, LLC